On respondent's motion for reconsideration filed October 20, 1993, reconsideration allowed; opinion (123 Or App 147, 859 P2d 545 (1993)) modified and adhered to as modified February 23, petition for review allowed July 5, 1994 (319 Or 281)

STATE OF OREGON,
*Respondent,*

*v.*

MATTHEW WAYNE STEWART,
*Appellant.*

(10-90-07017C; CA A71065)

868 P2d 794

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Janet A. Metcalf, Assistant Attorney General, for motion.

Jesse Wm. Barton, Deputy Public Defender, *contra.*

RIGGS, J.

**RIGGS, J.**

The state seeks reconsideration of our opinion in *State v. Stewart*, 123 Or App 147, 859 P2d 545 (1993), because the last two paragraphs of the opinion are inconsistent with one another. The state is correct. Defendant's last assignment of error was not preserved. *State v. Farmer*, 317 Or 220, 224, 856 P2d 623 (1993). Accordingly, we modify the opinion to withdraw the paragraph in which we considered that assignment.

Reconsideration allowed; opinion modified and adhered to as modified.